Order entered January 28, 2013



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00085-CV

## IN RE K.W. MINISTRIES, INC. d/b/a CRUSH AUTO SALES, Relator

### On Appeal from the 116th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-12-05094

## ORDER

Before Justices Moseley, Francis, and Fillmore

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. We **ORDER** that relator bear the costs of this original proceeding.

ROBERT M. FILLMORE
JUSTICE